MELINDA HAAG (CABN 132612)
United States Attorney

ALEX G. TSE (CABN 152348)
Chief, Civil Division

ERICA BLACHMAN HITCHINGS (MABN 669825)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7015
    FAX: (415) 436-6927
    erica.hitchings@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SANTA ROSA MEMORIAL HOSPITAL, <br><br> Plaintiff, <br><br> v. <br><br> KATHLEEN SEBELIUS, IN HER OFFICIAL CAPACITY AS SECRETARY OF HEALTH AND HUMAN SERVICES' UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; MARILYN TAVENNER, IN HER OFFICIAL CAPACITY AS ACTING ADMINISTRATOR OF THE CENTERS FOR MEDICARE & MEDICAID SERVICES; CENTERS FOR MEDICARE AND MEDICAID SERVICES; HEALTHDATAINSIGHTS, INC.; PALMETTO GBA, LLC; AND MAXIMUS FEDERAL SERVICES, INC. <br><br> Defendants. | CASE NO. 3:14CV1345 SC <br><br> STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE <br><br> Date: June 20, 2014 <br> Time: 10:00 am <br> Courtroom 1, 17th floor |

STIPULATION AND [PROPOSED] ORDER
3:14CV1345 SC

Pursuant to Civil Local Rules 6-2 and 7-12 of the Northern District of California, Federal Defendants[1] and Plaintiff Santa Rosa Memorial Hospital ("Plaintiff"), by and through their respective counsel, hereby stipulate to continue the initial case management conference, as follows:

1. On March 24, 2014, Plaintiff filed its complaint in this matter;

2. On March 25, 2014, the Court set this matter for an initial case management conference on June 10, 2014 at 10:00 a.m. before the Honorable Elizabeth D. Laporte;

3. On April 22, 2014, this case was reassigned to the Honorable Samuel Conti and all then-scheduled dates were vacated;

4. On April 24, 2014, the Court set this matter for an initial case management conference on June 20, 2014, at 10:00 am before the Honorable Samuel Conti;

5. On May 16, 2014, the United States Attorney's Office for the Northern District of California was served with a copy of Plaintiff's Complaint by personal service;

6. Pursuant to Federal Rule of Civil Procedure 12(2), Federal Defendants' response to the Complaint is due to be filed and served on July 15, 2014;

7. Because the U.S. Attorney's Office was just recently served with the Complaint in this action, and the Federal Defendants' response is not due until after the initial case management conference as currently scheduled, Federal Defendants and Plaintiff jointly request that the initial case management conference be continued to August 8, 2014, at 10:00 am for all parties;

8. No prior extensions of time have been requested or granted; and

9. This change will not alter the date of any event or any deadline already fixed by the Court order, other than the date for the initial case management conference.

THEREFORE, the parties respectfully request that the Court continue the June 20, 2014 case management conference until August 8, 2014, at 10:00 am.

//

//

---

[1] Undersigned counsel for Federal Defendants are appearing for the sole purpose of this stipulated continuance request and are not waiving any defenses. At the present time, "Federal Defendants" includes all named defendants except HealthDataInsights, Inc., Palmetto GBA, LLC, and Maximus Federal Services, Inc. These entities are contractors and have not yet been served with the Complaint.

STIPULATION AND [PROPOSED] ORDER
3:14CV1345 SC                                                    2

DATED: May 29, 2014                     Respectfully submitted,

                                                      MELINDA HAAG
                                                     United States Attorney

By:

                                                   /s/ Erica Blachman Hitchings
                                                   ERICA BLACHMAN HITCHINGS
                                                   Assistant United States Attorney[2]

                                                 Attorneys for Federal Defendants

DATED: May 29, 2014                     POLSINELLI P.C.

                                                 By:

                                                 /s/Anthony Bonuchi
                                                 ANTHONY BONUCHI (*Admitted Pro Hac Vice*)
                                                 900 W. 48th Place, Ste. 900
                                                 Kansas City, MO 64112
                                                 Telephone: 816-374-0538
                                                 Facsimile: 816-817-1862

                                                 POLSINELLI LLP
                                                 WESLEY D. HURST
                                                 (State Bar #127564)
                                                 2049 Century Park East, Suite 2300
                                                 Los Angeles, California 90067
                                                 Telephone: (310) 556-1801
                                                 Facsimile:  (310) 556-1802

                                                 Attorneys for Plaintiff
                                                 Santa Rosa Memorial Hospital

## [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The initial case management conference currently set for June 20, 2014 is continued to August 8, 2014 at 10:00 am.

Dated: __05/30/2014__                    _____
                                                    Honorable Samuel Conti
                                                    UNITED STATES DISTRICT COURT JUDGE

---

[2] I, Erica Blachman Hitchings, hereby attest that I obtained the concurrence in the filing of this document of all signatories whose signatures are represented by /s/.

STIPULATION AND [PROPOSED] ORDER
3:14CV1345 SC                              3