ZUZANA S. IKELS (CABN 208671)
POLSINELLI LLP
Three Embarcadero Center, Suite 1350
San Francisco, California  94111
Telephone:  (415) 248-2100
Facsimile:  (415) 248-2101
Email:  zikels@polsinelli.com

Attorney for Plaintiff
Santa Rosa Memorial Hospital

Additional Counsel on following page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| SANTA ROSA MEMORIAL HOSPITAL,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SYLVIA MATHEWS BURWELL, IN HER OFFICIAL CAPACITY AS SECRETARY OF HEALTH AND HUMAN SERVICES,<br><br>　　　　　Defendant. | Case No.  3:14CV1345 SC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF AMENDED COMPLAINT AND CASE MANAGEMENT CONFERENCE**<br><br>Judge:　　　　Hon. Samuel Conti<br>Complaint Filed:　March 24, 2014<br>Trial Date:　　　None Set |

1

48789734.1

JASON T. LUNDY (Pro Hac Vice)
POLSINELLI PC
1515 Wynkoop Street, Suite 600
Denver, Colorado 80202
Telephone: (303) 572-9300
Facsimile: (303) 572-7883
Email: jlundy@polsinelli.com

ANTHONY W. BONUCHI (Pro Hac Vice)
POLSINELLI PC
900 W. 48th Place, Suite 900
Kansas City, Missouri 64112
Telephone: (816) 753-1000
Facsimile: (816) 753-1536
Email: abonuchi@polsinelli

Attorneys for Plaintiff
Santa Rosa Memorial Hospital

MELINDA HAAG (CABN 132612)
United States Attorney

ALEX G. TSE (CABN 152348)
Chief, Civil Division

ERICA BLACHMAN HITCHINGS (MABN 669825)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7015
Facsimile: (415) 436-6927
Email: Erica.hitchings@usdoj.gov

Attorneys for Defendant
Sylvia Mathews Burwell

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF AMENDED
COMPLAINT AND CASE MANAGEMENT CONFERENCE2
48789734.1

Pursuant to Civil Local Rules 6-2 and 7-12 of the Northern District of California, Federal Defendant and Plaintiff Santa Rosa Memorial Hospital hereby stipulate to the following:

1. The Plaintiff's Complaint was filed on March 24, 2014.

2. While Plaintiff and Defendant engaged in initial settlement discussions the parties stipulated to extend the time Defendant had to answer or respond to the Complaint until October 30, 2014.

3. In light of that stipulation, the Court sua sponte continued the initial case management conference to November 21, 2014, with a joint statement due November 14, 2014.[1]

4. On October 30, 2014 Defendant filed a motion to dismiss under Fed. R. Civ. P. 12(b)(2) and (b)(6).

5. Defendant noticed the hearing on the motion for December 5, 2014.

6. Under Local Rule 7-3, Plaintiff has 14 days, or to November 13, 2014, to file an opposition to the motion to dismiss.

7. Alternatively, under Fed. R. Civ. P. 15(a)(1)(B), Plaintiff has 21 days from the date the motion to dismiss was filed, or to and including November 20, 2014, to amend its Complaint as a matter of course.

8. Plaintiff intends to file an Amended Complaint as provide under Fed. R. Civ. P. 15(a)(1)(B) on or before November 20, 2014.

9. Though Plaintiff does not intend to file an opposition to the motion to dismiss, the parties are filing this Stipulation out of an abundance of caution to reconcile the two, seemingly conflicting deadlines and notify the Court so that it does not rule on the motion while the Amended Complaint is being prepared.

10. Meanwhile, the parties have also re-engaged in settlement negotiations.

11. To provide time for those negotiations, and to avoid potentially unnecessary

---

[1] The initial case management conference was continued by stipulation from June 8, 2014 to August 8, 2014 because the Defendant's initial deadline to file a responsive pleading or motion fell before the case management conference. *See* Doc. 24.

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF AMENDED COMPLAINT AND CASE MANAGEMENT CONFERENCE3
48789734.1

1  litigation, the parties have stipulated that the 14 days Defendant would ordinarily have to
2  respond to Plaintiff's Amended Complaint under Rule 15(a)(3) should be extended until January
3  30, 2015.
4      12. For the same reason, the parties have stipulated and suggest that the Court reschedule
5  the initial case management conference for February 20, 2015 at 10:00 am.
6      THEREFORE, the parties respectfully request the Court enter an order (1)
7  acknowledging that Plaintiff will file an Amended Complaint under Fed. R. Civ. P. 15(a) on or
8  before November 20, 2014; (2) that Defendant's responsive pleading or motion to the Amended
9  Complaint is due January 30, 2015; and (3) continuing the case management conference until
10 Friday February 20, 2015 at 10:00 am.

Respectfully submitted,

DATED: November 13, 2014                POLSINELLI LLP

                                        By:  /s/ Anthony W. Bonuchi
                                             ANTHONY W. BONUCHI
                                             (Pro Hac Vice)
                                             Attorneys for Plaintiff
                                             Santa Rosa Memorial Hospital

DATED: November 13, 2014                MELINDA HAAG
                                        United States Attorney

                                        By:  /s/ Erica Blachman Hitchings
                                             ERICA BLACHMAN HITCHINGS
                                             MABN (#669825)
                                             Attorneys for Defendant
                                             Sylvia Mathews Burwell

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

On or before November 20, 2014, Plaintiff will file its Amended Complaint in lieu of filing an opposition to Defendant's motion to dismiss;

Defendant's responsive pleading or motion is due on or before January 30, 2015;

The initial case management conference is continued to February 20, 2015 at 10:00 am.

DATED: _____11/14_____, 2014

_____
Honorable Samuel C.
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Samuel Conti*

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF AMENDED COMPLAINT AND CASE MANAGEMENT CONFERENCE 5

48789734.1