MELINDA HAAG (CABN 132612)
United States Attorney
ALEX G. TSE (CABN 152348)
Chief, Civil Division
JENNIFER S WANG (CABN 233155)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6967
    FAX: (415) 436-6748
    jennifer.s.wang@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SANTA ROSA MEMORIAL HOSPITAL, | CASE NO. C14-1345 SC |
| Plaintiff, | **STIPULATION TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO AMENDED COMPLAINT AND TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| SYLVIA MATHEWS BURWELL, IN HER OFFICIAL CAPACITY AS SECRETARY OF HEALTH AND HUMAN SERVICES, | |
| Defendant. | |

    Subject to the approval of the Court, defendant Sylvia Matthews Burwell and plaintiff Santa Rosa Memorial Hospital, by and through their respective counsel, hereby stipulate as follows:

1. Plaintiff's Complaint was filed on March 24, 2014.  While the parties engaged in initial settlement discussions, the parties stipulated to extend defendant's time to respond to the Complaint until October 30, 2014.  On October 30, 2014, defendant filed a motion to dismiss under Federal Rule of Civil Procedure 12(b)(2) and 12(b)(6).

2. On November 14, 2014, pursuant to stipulation by the parties, the Court ordered plaintiff to file an Amended Complaint in lieu of filing an opposition to defendant's motion to dismiss by November 20, 2014.  The Court set January 30, 2015 as the deadline for defendant's response to the Amended

Complaint, and continued the initial case management conference to February 20, 2015 at 10:00 a.m.

3. Plaintiff filed its Amended Complaint on November 20, 2014.

4. The parties are currently engaged in settlement negotiations. To provide further time for those negotiations and to avoid potentially unnecessary litigation, the parties have stipulated to extend defendant's deadline to respond to the Amended Complaint by sixty (60) days, from January 30, 2015 until March 31, 2015. For the same reason and so that defendant's responsive pleading is on file before the initial case management conference, the parties respectfully request that the initial case management conference currently set for February 20, 2015, at 10:00 a.m., be continued to April 17, 2015, at 10:00 a.m.

IT IS SO STIPULATED.

Respectfully submitted,

MELINDA HAAG
United States Attorney

DATED: January 21, 2015      /s/
JENNIFER S WANG
Assistant United States Attorney

DATED: January 21, 2015      /s/
JASON T. LUNDY
POLSINELLI PC
Attorneys for Plaintiff,
Santa Rosa Memorial Hospital

## [~~PROPOSED~~] ORDER

Pursuant to the parties' stipulation and good cause having been shown, it is ordered that defendant's response to the Amended Complaint is due on or before March 31, 2015. The initial case management conference is continued from February 20, 2015 to April 17, 2015 at 10:00 a.m., and the parties' joint case management statement is due on or before April 10, 2015.

IT IS SO ORDERED.

DATED: 01/26/2015                              _____
HON. S_
United States District Judge

*Judge Samuel Conti*