1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  ALEX G. TSE (CABN 152348)
   Chief, Civil Division
3  JENNIFER S WANG (CABN 233155)
   Assistant United States Attorney
4
5       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
        Telephone: (415) 436-6967
6       FAX: (415) 436-6748
        jennifer.s.wang@usdoj.gov
7
   Attorneys for Defendant
8
   POLSINELLI LLP
9  ZUZANA S. IKELS (CABN 208671)
   POLSINELLI LLP
10 Three Embarcadero Center, Suite 1350
   San Francisco, California  94111
11 Telephone:  (415) 248-2100
   Facsimile:  (415) 248-2101
12 Email: zikels@polsinelli.com
13 JASON T. LUNDY (Pro Hac Vice)
   POLSINELLI PC
14 161 N. Clark, Street
   Chicago, IL 60601
15 Telephone:  (312) 819-1900
   Facsimile: (312) 819-1910
16 Email: jlundy@polsinelli.com
17 Attorneys for Plaintiff
   SANTA ROSA MEMORIAL HOSPITAL
18
                    UNITED STATES DISTRICT COURT
19
                NORTHERN DISTRICT OF CALIFORNIA
20
                     SAN FRANCISCO DIVISION
21
22 SANTA ROSA MEMORIAL HOSPITAL,      )   CASE NO. C14-1345 SC
                                      )
        Plaintiff,                    )   **STIPULATION OF DISMISSAL WITH
23                                    )   PREJUDICE AND [PROPOSED] ORDER**
24 v.                                 )
                                      )
25 SYLVIA MATHEWS BURWELL, IN HER     )
   OFFICIAL CAPACITY AS SECRETARY OF  )
26 HEALTH AND HUMAN SERVICES,         )
                                      )
        Defendant.                    )
27 _____
28

STIP. OF DISMISSAL
C14-1345 SC                              1

1    THE PARTIES IN THE ABOVE-CAPTIONED ACTION HEREBY SUBMIT THE

2  FOLLOWING STIPULATION:

3       Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff Santa Rosa Memorial Hospital and

4  defendant Sylvia Mathews Burwell, in her official capacity as Secretary of Health and Human Services,

5  hereby stipulate to dismiss with prejudice the above-captioned action, including all claims that were

6  asserted therein.  Each party will bear its own costs and attorney's fees.

7  IT IS SO STIPULATED.

8                                              Respectfully submitted,

9                                              POLSINELLI PC

10
                                               
11  DATED:  3/24/15          By:    _____
                                               JASON T. LUNDY (Pro Hac Vice)
12                                             POLSINELLI PC
                                               161 N. Clark, Street
13                                             Chicago, IL 60601
                                               Telephone:  (312) 819-1900
14                                             Facsimile:  (312) 819-1910
                                               Email:  jlundy@polsinelli.com

15                                             Attorneys for Plaintiff
                                               Santa Rosa Memorial Hospital
16

17  DATED:  3/24/15          _____
                                               JENNIFER S WANG
18                                             Assistant United States Attorney
                                               Attorney for Defendant
19

20                          [~~PROPOSED~~] ORDER

21      The Stipulation of Dismissal with Prejudice is granted and this entire action is dismissed with

22

23  prejudice.

24  IT IS SO ORDERED.

25  Dated:  03/25/2015

26                          HON.                               _____
                            United                             Judge Samuel Conti
27

28

STIP. OF DISMISSAL
C14-1345 SC                                 2

